# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SWIRE PACIFIC HOLDINGS, INC.<br><br>Plaintiff,<br><br>v.<br><br>JAMES JONES, and JEFFREY R. CAFFEE LEGAL, PLLC, d/b/a THE LAW OFFICES OF JEFFREY R. CAFFEE<br><br>Defendants. | Case No.: 2:19-cv-1329-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND |

Having considered the Parties' Stipulated Motion to Amend and being fully apprised of the record submitted in connection with this Motion, it is hereby

ORDERED that the Motion is GRANTED. It is FURTHER ORDERED:

1. Plaintiff shall file the Amended Complaint no later than 14 days after entry of this Order;

2. Defendants shall file responsive pleadings pursuant to Fed. R. Civ. P. 15(a)(3).

3. Plaintiff's Motion for Leave to Amend (Dkt.# 23) is now moot. Plaintiff's Motion for Leave to Amend and all associated proceedings shall be stricken.

ORDER GRANTING STIPULATED MOTION TO AMEND - 1
Case No. 2:19-cv-1329-RSM
#1275047 v1 / 43039-044

IT IS SO ORDERED this 3rd day of October 2019.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**KARR TUTTLE CAMPBELL**
*Attorneys for Defendants*

/s/ Joshua M. Howard
Medora A. Marisseau, WSBA #23114
Joshua M. Howard WSBA# 52189
701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone: 206-223-1313
Facsimile: 206-682-7100
Email: mmarisseau@karrtuttle.com
Email: jhoward@karrtuttle.com
*Attorneys for Plaintiff*

/s/ Jeffrey R. Caffee
Jeffrey R. Caffee, WSBA#41774
212 Wells Ave S., Ste. A
Renton, WA
Phone: (206) 339-1254
Fax: (206) 420-5541
Email: jcaffee@caffeelawfirm.com
Attorney for Defendants

ORDER GRANTING STIPULATED MOTION TO AMEND - 2
Case No. 2:19-cv-1329-RSM
#1275047 v1 / 43039-044